**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

KARL ADOLPH FRANTZ,
             *Petitioner-Appellant,*

v.

HERBERT HAZEY; DORA B. SCHRIRO,
Director,
             *Respondents-Appellees.*

No. 05-16024

D.C. No.
CV-04-00135-WDB

ORDER

Filed December 29, 2006

Before: Mary M. Schroeder, Chief Judge.

---

**ORDER**

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.